STATE OF NORTH CAROLINA v. JAMES WALTER BLACK

No. 7219SC284

(Filed 24 May 1972)

APPEAL by defendant from *Johnston, Judge,* 3 January 1972 Session of CABARRUS Superior Court.

Defendant was charged in one bill of indictment with felonious breaking and entering, felonious larceny, and feloniously receiving stolen property. He was charged in a second bill of indictment with felonious assault with a deadly weapon.

When the cases were called for trial defendant tendered pleas of guilty to nonfelonious breaking, entering and larceny and assault with a deadly weapon. After due inquiry, the court found and concluded that the pleas of guilty were freely, understandingly and voluntarily made without undue influence, compulsion or duress, and without promise of leniency. The guilty pleas were accepted, the cases consolidated for purpose of judgment and a twelve months prison sentence was imposed. Defendant appealed.

*Attorney General Robert Morgan by Herbert Lamson, Jr., Associate Attorney, for the State.*

*Cecil R. Jenkins, Jr., for defendant appellant.*

BRITT, Judge.

Defendant's court appointed counsel concedes that he is unable to find any error in the record but asks that this court

review the record for possible error. This we have done and conclude that the record is free from prejudicial error.

Affirmed.

Judges PARKER and HEDRICK concur.